

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00509-CR

Glenn **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR6086
The Honorable Sid L. Harle, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 30, 2014.

Catherine Stone, Chief Justice